UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
ROBERT DOWNER and NANCY DOWNER, )
         Plaintiffs                    )
                                          )
VS.                                      ) Civil Action No. 05-11761RCL
                                          )
TOWN OF BURLINGTON, ROBERT MERCIER )
individually and in his capacity as Town Manager, )
FRANCIS HART, individually and in his capacity )
as Chief of Police, and HARRY SAWYER, )
         Defendants           )
_____

AFFIDAVIT RE SERVICE ON DEFENDANT TOWN OF BURLINGTON

      On August 29, 2005, I served the Complaint and Summons in this case on Defendant Town of Burlington by mailing a copy of those documents to the Town Treasurer, certified mail. A copy of the return receipt showing delivery on September 23, 2005 is attached hereto.

      Signed under pains and penalties of perjury.

September 28, 2005                                        _____
                                                                     BRIAN ROGAL

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Eileen Curtin
Town Treasurer
Town of Burlington
29 Center Street
Burlington, MA 01803

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

SEP 26 2005

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
(Transfer from service label)

7001 1940 0007 5412 9082

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540