AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Eastern _____ District of _____ Massachusetts

ROBERT DOWNER and NANCY DOWNER

V.

TOWN OF BURLINGTON, ROBERT MERCIER
individually and in his capacity as
Town Manager, FRANCIS HART, individually
and in his capacity as Chief of Police,
and HARRY SAWYER

## SUMMONS IN A CIVIL CASE

**05 - 11761 RCL**

CASE NUMBER:

TO: (Name and address of Defendant)

Francis J. Hart III
Police Chief
Town Hall
29 Center Street
Burlington, MA   01803

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Brian Rogal
Law Offices of Timothy M. Burke
Needham Corporate Center
160 Gould Street
Suite 111
Needham, MA   02494-2300

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**SARAH A. THORNTON**

CLERK

(By) DEPUTY CLERK

AUG 2 5 2005

AO 440 (Rev. 10/93)  Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |

**Middlesex Sheriff's Office** • Civil Process Division, P.O. Box 7135, Lowell, MA 01852-0135 • (978) 452-3221

*Middlesex, ss.*

September 23, 2005

I hereby certify and return that on 9/22/2005 at 12:00PM I served a true and attested copy of the SUMMONS, COMPLAINT & CIVIL DECISION in this action in the following manner: To wit, by delivering in hand to SGT. MIKE DEBYE, agent, person in charge at the time of service for FRANCIS J. HART III,, POLICE CHIEF, 29 CENTER Street, TOWN HALL Burlington, MA 01803. Attest ($5.00), Basic Service Fee ($30.00), Conveyance ($3.60), Postage and Handling ($1.00), Travel ($8.32) Total Charges $47.92

*George A. Hooper*

*Deputy Sheriff*

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____

    Date                 *Signature of Server*

    _____

    *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.