AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Eastern District of Massachusetts

ROBERT DOWNER and NANCY DOWNER

V.

TOWN OF BURLINGTON, ROBERT MERCIER
individually and in his capacity as
Town Manager, FRANCIS HART, individually
and in his capacity as Chief of Police,
and HARRY SAWYER

2005 SEP 30 P 2: 11

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05-11761 RCL

TO: (Name and address of Defendant)

Robert A. Mercier
Town Hall
29 Center Street
Burlington, MA  01803

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Brian Rogal
Law Offices of Timothy M. Burke
Needham Corporate Center
160 Gould Street
Suite 111
Needham, MA  02494-2300

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

AUG 25 2005

CLERK _____   DATE

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | |
| NAME OF SERVER (PRINT) | TITLE |

Middlesex Sheriff's Office • Civil Process Division, P.O. Box 7135, Lowell, MA 01852-0135 • (978) 452-3221

*Middlesex, ss.*

September 23, 2005

I hereby certify and return that on 9/22/2005 at 12:50PM I served a true and attested copy of the SUMMONS, COMPLAINT & CIVIL DECISION in this action in the following manner: To wit, by delivering in hand to JEAN GALLANT, agent, person in charge at the time of service for ROBERT A. MERCIER, at , 29 CENTER Street, TOWN HALL Burlington, MA 01803. Attest ($5.00), Basic Service Fee ($30.00), Conveyance ($3.60), Postage and Handling ($1.00), Travel ($8.32) Total Charges $47.92

*George A. Hooper*

Deputy Sheriff

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
             Date

Signature of Server

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.