AO 440 (Rev. 10/93) Summons in a Civil Action

## UNITED STATES DISTRICT COURT

Eastern District of Massachusetts

2005 OCT 12 A 11: 31

ROBERT DOWNER and NANCY DOWNER

V.

TOWN OF BURLINGTON, ROBERT MERCIER individually and in his capacity as Town Manager, FRANCIS HART, individually and in his capacity as Chief of Police, and HARRY SAWYER

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **05 - 11761 RCL**

TO: (Name and address of Defendant)

Harry Sawyer
894 Main Street, #17
Wakefield, MA   01880-3980

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Brian Rogal
Law Offices of Timothy M. Burke
Needham Corporate Center
160 Gould Street
Suite 111
Needham, MA   02494-2300

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

AUG 2 5 2005

CLERK        DATE

(By) DEPUTY CLERK



**Middlesex Sheriff's Office** • Civil Process Division, P.O. Box 410180, Cambridge, MA 02141-1819 • (617) 547-1171

*Middlesex, ss.*

October 7, 2005

I hereby certify and return that on 10/4/2005 at 12:35PM I served a true and attested copy of the SUMMONS AND COMPLAINT AND DECISION in this action in the following manner: To wit, by leaving at the last and usual place of abode of HARRY SAWYER, , 894 MAIN STREET #17 WAKEFIELD, MA 01880 and by mailing 1st class to the above address on 10/4/2005. Attest ($10.00), Basic Service Fee ($20.00), Conveyance ($3.30), Postage and Handling ($3.00), Travel ($6.40) Total Charges $42.70

*Albert Fagione*
*Deputy Sheriff*

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
                    Date                    *Signature of Server*

_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.