UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO. 05-11761-RCL

| | |
|---|---|
| ROBERT DOWNER and NANCY DOWNER,<br><br>Plaintiff,<br><br>v.<br><br>TOWN OF BURLINGTON, ROBERT MERCIER, individually and in his capacity as Town Manager, FRANCIS HART, individually and in his capacity as Chief of Police, and HARRY SAWYER,<br><br>Defendants. | DEFENDANTS' MOTION TO <u>DISMISS COMPLAINT</u> |

Now come the Defendants, Town of Burlington (hereinafter, "the Town"), Robert Mercier (hereinafter, "Mercier"), Francis Hart (hereinafter, "Hart"), and Harry Sawyer (hereinafter, "Sawyer"), collectively "the Defendants," and hereby move this Honorable Court to dismiss the Complaint in its entirety.

As grounds for this motion, the Defendants assert that the Complaint fails to state a claim for which relief may be granted, as more particularly set forth in the accompanying memorandum of law.

WHEREFORE, the Defendants move that the Complaint be dismissed in its entirety.

                        DEFENDANTS,
                        TOWN OF BURLINGTON, ROBERT
                        MERCIER, FRANCIS HART, and HARRY
                        SAWYER,
                        By their attorneys,

                        _____
                        David C. Jenkins (BBO# 251000)
                        Brian M. Maser (BBO# 655667)
                        Kopelman and Paige, P.C.
                        31 St. James Avenue
                        Boston, MA  02116
                        (617) 556-0007

Date:   November 28, 2005

266650/METG/0651

---

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail/hand on ___11·28·05___

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO. 05-11761-RCL

| | |
|---|---|
| ROBERT DOWNER and NANCY DOWNER, <br><br> Plaintiff, <br><br> v. <br><br> TOWN OF BURLINGTON, ROBERT MERCIER, individually and in his capacity as Town Manager, FRANCIS HART, individually and in his capacity as Chief of Police, and HARRY SAWYER, <br><br> Defendants. | LOCAL RULE 7.1(A)(2) <br> CERTIFICATE OF COMPLIANCE |

Now comes the undersigned defense counsel, and hereby certifies that on November 28, 2005, he conferred, via telephone, with counsel for the plaintiffs in a good faith effort to resolve or narrow the issues set forth in Defendants' Motion To Dismiss.

/s/ David C. Jenkins
David C. Jenkins (BBO# 251000)
Kopelman and Paige, P.C.
31 St. James Avenue
Boston, MA 02116
(617) 556-0007

267264/METG/0651