UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT DOWNER and<br>NANCY DOWNER<br>      Plaintiff,<br><br>V.<br><br>TOWN OF BURLINGTON,<br>ROBERT MERCIER individually and in<br>his capacity as Town Manager,<br>FRANCIS HART, individually and in his<br>capacity as Chief of Police, and<br>HARRY SAWYER,<br>      Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)  CIVIL ACTION NO. 05-11761RCL<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION TO FURTHER ENLARGE TIME
## TO RESPOND TO MOTION TO DISMISS

Now come the Plaintiffs above named and move to further extend the time to respond to Defendants' Motion to Dismiss through January 6, 2006. In support of this motion Plaintiffs state that the extensive and comprehensive nature of Defendants' motion to dismiss has required more research and writing time then counsel initially anticipated. The undersigned counsel is the only attorney working on this case for Plaintiffs. The need to attend to some other cases in addition to this case and the slow down occasioned by this holiday period have also caused Plaintiffs' counsel to require additional time to file a response. Counsel believes in good faith that the response will meet the motion and that the motion to dismiss will be denied.

    Defendants have stated that they do not object to this extension.  Plaintiffs further note that this case has not yet been scheduled for an initial conference, and that the additional time to respond will not cause any delay in this case.

                                                       Respectfully Submitted
                                                        By Plaintiffs' attorney,

December 28, 2005                          /S/ Brian Rogal
                                                       Brian Rogal, Esq., BBO #424920
                                                       LAW OFFICES OF TIMOTHY M. BURKE
                                                       160 Gould Street, Suite 111
                                                       Needham, MA 02494-2300
                                                       (781) 455-0707