UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ROBERT DOWNER and | ) | |
| NANCY DOWNER | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | |
| | ) | |
| TOWN OF BURLINGTON, | ) | CIVIL ACTION NO. 05-11761RCL |
| ROBERT MERCIER individually and in | ) | |
| his capacity as Town Manager, | ) | |
| FRANCIS HART, individually and in his | ) | |
| capacity as Chief of Police, and | ) | |
| HARRY SAWYER, | ) | |
| Defendants | ) | |
| | ) | |

LOCAL RULE 7.1 CERTIFICATION FOR
MOTION TO FURTHER ENLARGE TIME
TO RESPOND TO MOTION TO DISMISS

Now come the Plaintiffs above named and certify that they have consulted

opposing counsel regarding their motion to further extend the time to respond to

Defendants' Motion to Dismiss and that counsel has no opposition.


                                        Respectfully Submitted
                                        By Plaintiffs' attorney,



December 28, 2005                        /S/ Brian Rogal
                                        Brian Rogal, Esq., BBO #424920
                                        LAW OFFICES OF TIMOTHY M. BURKE
                                        160 Gould Street, Suite 111
                                        Needham, MA 02494-2300
                                        (781) 455-0707