UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO. 05-11761-RCL

| | |
|---|---|
| ROBERT DOWNER and<br>NANCY DOWNER,<br><br>    Plaintiff,<br><br>v.<br><br>TOWN OF BURLINGTON, ROBERT MERCIER, individually and in his capacity as Town Manager, FRANCIS HART, individually and in his capacity as Chief of Police, and HARRY SAWYER,<br><br>    Defendants. | NOTICE OF CHANGE OF ADDRESS |

**NOTIFICATION OF CHANGE OF ADDRESS**

TO THE CLERK OF COURTS:

    Please note our firm's change of address, effective February 6, 2006:

> Kopelman and Paige, P.C.
> 101 Arch Street
> Boston, MA  02110-1109
> (617) 556-0007
> FAX (617) 654-1735

> DEFENDANTS,
> TOWN OF BURLINGTON, ROBERT MERCIER, FRANCIS HART, and HARRY SAWYER,
> By their attorneys,
>
> /s/ David C. Jenkins
> David C. Jenkins (BBO# 251000)
> Brian M. Maser (BBO# 655667)
> Kopelman and Paige, P.C.
> 101 Arch Street
> Boston, MA 02110-1109

CERTIFICATE OF SERVICE

    I, David C. Jenkins, certify that the above document will be served by first-class mail upon any party or counsel of record who is not a registered participant of the Court's ECF system, upon notification by the Court of those individuals who will not be served electronically.
/s/ David C. Jenkins_____