UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO. 05-11761-RCL

ROBERT DOWNER and
NANCY DOWNER,

    Plaintiff,

v.

TOWN OF BURLINGTON, ROBERT
MERCIER, individually and in his capacity as
Town Manager, FRANCIS HART,
individually and in his capacity as Chief of
Police, and HARRY SAWYER,

    Defendants.

LOCAL RULE 7.1(A)(2)
CERTIFICATE OF COMPLIANCE

    Now comes the undersigned defense counsel, and hereby certifies that on June 15, 2006, 2006, he conferred, via telephone, with counsel for the Plaintiffs in a good faith effort to resolve or narrow the issues set forth in Defendants' Motion To Dismiss.

                                                                   s/ Brian M. Maser
                                                                   David C. Jenkins (BBO# 251000)
                                                                   Brian M. Maser (BBO# 655667)
                                                                   Kopelman and Paige, P.C.
                                                                   101 Arch Street
                                                                   12th Floor
                                                                   Boston, MA 02110
                                                                   (617) 556-0007

284074/METG/0651