UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT DOWNER and )<br>NANCY DOWNER )<br>      Plaintiff, )<br>       )<br>V. )<br>       )<br>TOWN OF BURLINGTON, )<br>ROBERT MERCIER individually and in )<br>his capacity as Town Manager, )<br>FRANCIS HART, individually and in his )<br>capacity as Chief of Police, and )<br>HARRY SAWYER, )<br>      Defendants )<br>       ) | CIVIL ACTION NO. 05-11761-RCL |

MOTION TO ENLARGE TIME TO RESPOND
TO MOTION TO DISMISS

Now come the Plaintiffs above named and move to extend the time to respond to Defendants' Motion to Dismiss through July 7, 2006. In support of this motion Plaintiffs show that their counsel has had a heavy schedule during the past two weeks including two days of trial in the most recent civil service case between the parties, and has been unable to finish his response. Plaintiffs further note that settlement negotiations between the parties are pending. Plaintiffs therefore seek this short extension notwithstanding the fact that the work week next week will be shortened by the holiday.

June 28, 2006

Respectfully Submitted
By Plaintiffs' attorney,
/s/ Brian Rogal
Brian Rogal, Esq., BBO #424920
Law Offices of Timothy M. Burke
160 Gould Street, Suite 111
Needham, MA 02494-2300
(781) 455-0707