UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO. 05-11761-RCL

ROBERT DOWNER and
NANCY DOWNER,

    Plaintiff,

v.

TOWN OF BURLINGTON, ROBERT
MERCIER, individually and in his capacity as
Town Manager, FRANCIS HART,
individually and in his capacity as Chief of
Police, and HARRY SAWYER,

    Defendants.

STIPULATION OF DISMISSAL

Now come the parties to the above-captioned matter pursuant to the provisions of Federal Rules of Civil Procedures, Rule 41, and hereby stipulate to the dismissal of all claims with prejudice, without costs, and all parties bearing their own attorneys' fees.

| PLAINTIFFS | DEFENDANTS |
|---|---|
| By their Attorney, | By their Attorneys, |
| /s/ Brian Rogal | /s/ David C. Jenkins |
| Brian Rogal, Esq. (BBO # 424920) | David C. Jenkins (BBO# 251000) |
| Law Offices of Timothy M. Burke | Brian M. Maser (BBO# 655667) |
| 160 Gould Street, Suite 111 | Kopelman and Paige, P.C. |
| Needham, MA 02494-2300 | 101 Arch Street |
| (781) 455-8879 | 12th Floor |
| | Boston, MA  02110 |
| | (617) 556-0007 |

296749/60700/0651